UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2012 JUL 24  PM 2:39

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. 1:12-CR- |
| MARK A. OSBORN, ) | **1:12-cr-0116 WTL-DML** |
| Defendant. ) | |

## APPEARANCE

Comes now, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, by Doris L. Pryor, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By: _____
Doris L. Pryor
Assistant United States Attorney