UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:12-cr-0116-WTL-DML |
| | ) | |
| MARK A. OSBORN, | ) | -01 |
| Defendant. | ) | |

**MINUTE ENTRY**

**for July 31, 2012**

Parties appear for an initial hearing on an indictment dated July 24, 2012. Defendant appeared in person and by counsel, FCD Mikde Donahoe. Government represented by Doris Pryor. USPO represented by Audrey Veneck and Brittany Neat.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to meet and disclose evidence on or before **August 14, 2012**.

Defendant waived formal arraignment.

Government orally moved to unseal case file and the same was granted.

Defendant released on conditions of release pending further proceedings before the Court.

Date: 07/31/2012

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana