**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**FILED**
JUL 3 1 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:12-CR-116-WTL-DML |
| | ) |
| MARK OSBORN, | ) |
| | ) |
| Defendant. | ) |

### APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Michael J. Donahoe, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated: July 31, 2012

Michael J. Donahoe
Indiana Federal Community
Defenders, Inc.
111 Monument Circle, Ste. 752
Indianapolis, IN 46204-5172
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Doris Pryor

_____
Michael J. Donahoe