**SEALED**

Warrant for Arrest        Doris L. Pryor, Assistant United States Attorney        Telephone No. (317) 226-6333

RECEIVED
U.S. MARSHAL
2012 JUL 25 PM 1:46
SOUTHERN DISTRICT
OF INDIANA

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
V.
MARK A. OSBORN

**WARRANT FOR ARREST**

CAUSE NUMBER:  1:12-CR-

To:   The United States Marshal
      and any Authorized United States Officer

**1 : 12 -cr- 0 1 1 6 WTL -DML**

YOU ARE HEREBY COMMANDED to arrest _____ MARK A. OSBORN _____ and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful Possession of an Identification Document

in violation of Title _18_ United States Code, Section(s) _1028(a)(6) and (b)(1)(A)_

Laura A. Briggs                                         Clerk
Name of Issuing Officer                                  Title of Issuing Officer

[signature]                                              July 24, 2012 Indianapolis, Indiana
Signature of Issuing Officer                             Date and Location

[signature] Dena W. Hernandez                            by
(By) Deputy Clerk                                        Name of Judicial Officer

Bail fixed at $ _____

FILED 2012 AUG -8 PM 2:38 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 7/31/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/31/12 | [illegible] | John Pappas |

8