UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:12-cr-0116-WTL-DML |
| | ) |
| MARK A. OSBORN, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Motion of the United States of America to review the defendant, Mark A. Osborn, request to proceed *pro se*.

The Court, after considering the Motion and being duly advised in the premises, now GRANTS the Motion.

It is therefore ORDERED that a hearing be scheduled for _____ to review the defendant's request to proceed pro se.

So ORDERED _____ .

_____
WILLIAM T. LAWRENCE, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Doris L. Pryor
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204-3048

Michael Donahoe, Attorney for Defendant
Indiana Federal Community Defenders
111 Monument Circle, Suite 752
Indianapolis, Indiana 46204-5172

U.S. Marshals Service