# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|        Plaintiff,    ) | |
| )  | |
| v.                            ) | 1:12-CR-116-WTL-MJD |
| ) | |
| ) | |
| MARK A. OSBORN,               ) | |
|        Defendant.    ) | |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

This matter is before the Court upon Defendant's Motion to Continue the September 24, 2012 trial date presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

The Court finds further that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial because Defendant requires more time to review discovery and explore the possibility of a plea agreement.

The Court finds further that the time that lapses between the September 24, 2012 trial date and the next trial date is excludable under 18 U.S.C. § 3161, et seq.

**IT IS THEREFORE ORDERED** that the September 24, 2012 trial date is vacated, and that the trial in this cause be rescheduled to commence on _____, 2012, at _____ __.m., Room ____, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Dated: _____                       _____
                                            HON. WILLIAM T. LAWRENCE
                                            DISTRICT JUDGE

Copies to:

Michael J. Donahoe, Michael_J_Donahoe@fd.org

Doris Pryor, Doris.Pryor@usdoj.gov

U. S. Probation
101 U.S. Courthouse
46 East Ohio
Indianapolis, IN  46204

Counsel of Record

U.S. Marshal
179 United States Courthouse
46 East Ohio
Indianapolis, IN 46204

Court Reporter