UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 1:12-cr-116-WTL-DML |
| vs. ) | |
| ) | |
| MARK A. OSBORN, ) | |
| ) | |
| Defendant. ) | |

MINUTE ENTRY FOR SEPTEMBER 21, 2012
HON. WILLIAM T. LAWRENCE

GOVERNMENT APPEARS BY:        DORIS PRYOR
DEFENDANT IN PERSON AND BY:   MIKE DONAHOE
COURT REPORTER:               DAVID MOXLEY

On this date a hearing was held, during which the following occurred:

1. The Court discussed with the Defendant his request to proceed pro se. The Defendant withdrew his motion to proceed pro se.

2. The Government withdrew its motion to review the Defendant's pro se request (Dkt. No. 18).

3. The Court **GRANTED** the Defendant's motion to continue trial date (Dkt. No. 19). The Court will reschedule the trial under separate order.

4. The Defendant moved for reconsideration of the Magistrate Judge's order revoking the Defendant's conditions of release (Dkt. No. 20). The Court took the matter **UNDER ADVISEMENT**.

Copies to all counsel of record via electronic communication.