UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:12-cr-00116-WTL-DML-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK A. OSBORN, | ) | |
| | ) | |
| Defendant. | | |

**ENTRY FOR SEPTEMBER 21, 2012**
**HONORABLE WILLIAM T. LAWRENCE, JUDGE**

This matter is hereby set for a hearing on Defendant's *Motion to Reconsider the Magistrate Judge's Order Revoking the Conditions of Release* on Friday, **September 21, 2012 at 1:30 p.m.** in Courtroom 202 of the U.S. Courthouse, Indianapolis, Indiana.

Defendant shall appear in person.

All ECF-registered counsel of record via email